

*Karin Arrospide*
Attorney at Law

50 Main Street, Suite 1000
White Plains, New York 10606
Tel. (914) 682-2024

July 16, 2020

<u>Via ECF</u>
Honorable Kenneth M. Karas
United States District Court Judge
United States District for the Southern District of New York
Charles L. Brieant Building
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

**Re: Picani, et al. v. CRL Transportation, Inc., Docket No. 07:18-cv-02056 (KMK)(CS)**

Dear Judge Karas,

I represent Defendant in the above-referenced matter and write in accordance with Your Honor's Memo Endorsement dated July 16, 2020.

Defendant defers to the Court on the question of a stay of the deadlines set forth in Your Honor's July 2, 2020 Order.

Respectfully submitted,

*Karin Arrospide*
**Karin Arrospide, Esq.**

cc:  Daniel E. Kornfeld, Esq. (via ECF)

---

In light of Defendant's agnosticism, Plaintiffs' application for a stay is granted. Plaintiffs are to send a status report in 30 days.

So Ordered.

*[signature]*
7/16/20